IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTWINE COLEMAN, | : |
| *Plaintiff,* | : |
| v. | : |
| THYSSENKRUPP ELEVATOR CORPORATION, | : Civil Action No. ____ |
| and | : |
| PHILADELPHIA VETERANS AFFAIRS MEDICAL CENTER, | : |
| *Defendants.* | : |

## NOTICE OF REMOVAL

Pursuant 28 U.S.C. § 1442(a)(1), defendant United States of America removes this action to the United States District Court for the Eastern District of Pennsylvania. In support, the United States avers as follows:

1. This is a tort action against the Philadelphia Veterans Affairs Medical Center and Thyssenkrupp Elevator Corporation for alleged injuries sustained by the Plaintiff as a result of an elevator malfunction at the Philadelphia Veterans Affairs Medical Center.

2. Plaintiff commenced this suit on or about May 19, 2022, by filing a complaint in the Common Pleas Court of Philadelphia County, Pennsylvania. Plaintiff then filed a Praecipe to Reinstate the complaint on June 28, 2022. A copy of the complaint and praecipe is attached hereto as Exhibit 1.

3. Any civil action commenced in state court against the United States or any agency thereof may be removed to the United States District Court for the District in which the state

court action is pending. 28 U.S.C. § 1442(a)(1) (a state court action is removable by "any officer of the United States or any agency thereof" when it is "for any act under color of such office").

4.	To serve a United States agency, such as the Veteran's Administration, plaintiff must deliver a copy of the summons and the complaint to the United States Attorney for the district where the action is brought and send the complaint and summons by registered or certified mail to the Attorney General of the United States. Fed. R. Civ. P. 4(i). Plaintiff has not served the summons and complaint on the United States Attorney or the United States Department of Justice.

5.	Nevertheless, we are removing the case within the thirty-day period of the Veteran's Administration receiving the complaint, consistent with 28 U.S.C. § 1446(b)(1). *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

6.	Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice is being filed with the Common Pleas Court of Philadelphia County, Pennsylvania.

7.	No bond is required to accompany this Notice because it is being filed on behalf of the United States.

8.	In accordance with 28 U.S.C. § 1446(a), this Notice of Removal is signed under Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, pursuant to 28 U.S.C. § 1442(a)(1), the aforesaid action is removed from the Philadelphia County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania.

                                                Respectfully Submitted,

                                                JACQUELINE C. ROMERO
                                                United States Attorney

                                                */s/ Susan Becker for GBD*
                                                GREGORY B. DAVID
                                                Assistant United States Attorney
                                                Chief, Civil Division

                                                */s/ Deborah W. Frey*
                                                DEBORAH W. FREY
                                                Assistant United States Attorney
                                                615 Chestnut Street, Suite 1250
                                                Philadelphia, PA 19106-4476
                                                Phone: (215) 861-8352
                                                Fax: (215) 861-8618
                                                Deborah.Frey@usdoj.gov

Dated: September 7, 2022

## CERTIFICATE OF SERVICE

I hereby certify, I served a true and correct copy of the foregoing Notice of Removal, with exhibits, by First-class mail, postage prepaid, on the following:

Raphael F. Castro, Esq.
Law Offices of Eric A. Shore
2 Penn Center, Suite 1240
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
Raphaelc@ericshore.com
(215) 990-6646
*Attorney for Plaintiff*

Dated: September 7, 2022

*/s/ Deborah W. Frey*
DEBORAH W. FREY
Assistant United States Attorney